United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2025
Lyle W. Cayce
Clerk

No. 25-70002

Jason Keller,

                                          *Petitioner—Appellant*,

versus

Burl Cain, *Commissioner, Mississippi Department of Corrections*; Lynn Fitch, *Attorney General of the State of Mississippi*,

                                          *Respondents—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:21-CV-134

ORDER:

Keller has filed a petition seeking COAs on five different issues. We rule as follows:

IT IS ORDERED that Appellant's motion for a certificate of appealability is GRANTED as to the following (which is the second issue in the brief): Whether the Trial Court erred in failing to suppress the final recorded statement elicited from Petitioner while he was in the Intensive Care Unit.

IT IS FURTHER ORDERED that Appellant's motion for a certificate of appealability as to the remaining issues is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT