# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 22, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-70002   Keller v. Cain  
                 USDC No. 1:21-CV-134

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Ms. Brandi Denton Gatewood  
Ms. Allison Kay Hartman  
Ms. LaDonna Curtis Holland  
Mrs. Caroline K. Ivanov