United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 22, 2025
Lyle W. Cayce
Clerk

No. 25-70002

Jason Keller,

           *Petitioner—Appellant*,

versus

Burl Cain, *Commissioner, Mississippi Department of Corrections*; Lynn Fitch, *Attorney General of the State of Mississippi*,

           *Respondents—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:21-CV-134

_____

ORDER:

    IT IS ORDERED that Appellant's unopposed motion for an extension of time to and including September 3, 2025, to file his brief is GRANTED.

        LYLE W. CAYCE, CLERK
        United States Court of Appeals
        for the Fifth Circuit
        /s/ Lyle W. Cayce

    ENTERED AT THE DIRECTION OF THE COURT